**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 545 |
| | : |
| APPOINTMENTS TO THE MINOR | : MAGISTERIAL RULES DOCKET |
| JUDICIARY EDUCATION BOARD | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of May, 2024, Magisterial District Judge Mark S. Jacob, Elk County, and Magisterial District Judge Danielle N. Travagline, Monroe County, are hereby appointed as members of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2024.